# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MARKET STREET SECURITIES, on behalf of itself and all others similarly situated | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07-C-345 |
| MIDWEST AIR GROUP, INC., TIMOTHY E. HOEKSEMA, FREDERICK P. STRATTON, JR., SAMUEL K. SKINNER, JOHN F. BERGSTROM, DAVID H. TREITEL, RICHARD H. SONNENTAG, ULICE PAYNE, JR., JAMES R. BORIS and ELIZABETH T. SOLBERG | |

**Decision by Court.** This action came on for consideration before the Court and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action be and the same is hereby DISMISSED without prejudice.

APPROVED:   s/ J. P. Stadtmueller
          U.S. District Judge

| | |
|---|---|
| November 27, 2007 | JON W. SANFILIPPO |
| Date | Clerk |
| | s/ Patricia K. Blackburn |
| | (By) Deputy Clerk |